253 So.2d 221

Leman TRAHAN

v.

Buford TRAHAN et al.

No. 51751.

Oct. 21, 1971.

In re: Leman Trahan applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Jefferson Davis. 251 So.2d 127.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

■

253 So.2d 221

Mrs. Minnie Ruhl WOODS and Mrs. Lorena Ruhl Hillerich

v.

The SOCIETY FOR the PROPAGATION OF THE FAITH OF the ARCHDIOCESE OF NEW ORLEANS, INC., et al.,

and

Succession of Joseph Louis Ruhl.

No. 51773.

Oct. 21, 1971.

In re: Mrs. Minnie Ruhl Woods, Louis Hillerich and Carl Hillerich applying for

certiorari or writ of review to the Court of Appeal, First Circuit, Parish of St. Tammany. 251 So.2d 438.

Writ denied. On the facts found by the Court of Appeal, there is no error of law in the judgment complained of.